## NOTICE OF APPEARANCE FOR SUBSTITUTE, ADDITIONAL, OR AMICUS COUNSEL

Short Title: **Baker v. Conway**  Docket No.: **23-46**

Substitute, Additional, or Amicus Counsel's Contact Information is as follows:

Name: **David Bernstein**

Firm: **Office of the Appellate Defender**

Address: **11 Park Pl., 16th Fl.**

Telephone: **212-402-4100**  Fax:

E-mail: **dbernstein@oadnyc.org**

Appearance for: **Sean Baker**
(party/designation)

Select One:

☐ Substitute counsel (replacing lead counsel: _____ )
(name/firm)

☐ Substitute counsel (replacing other counsel: _____ )
(name/firm)

☑ Additional counsel (co-counsel with: **Kyle Victor, Davis Polk and Wardwell LLP** )
(name/firm)

☐ Amicus (in support of: _____ )
(party/designation)

### CERTIFICATION

I certify that:

☑ I am admitted to practice in this Court and, if required by Interim Local Rule 46.1(a)(2), have renewed my admission on **June 3, 2021**  OR

☐ I applied for admission on _____.

Signature of Counsel: _[signature]_

Type or Print Name: **David Bernstein**